UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| JOSEPH GIGUERE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HOMEWORKS ENERGY, INC., MARTIJN FLEUREN, individually and MAX VEGGEBERG, individually,<br><br>    Defendants | CIVIL ACTION NO. 3:21-cv-30015 |

### ORDER GRANTING APPROVAL OF A FLSA COLLECTIVE SETTLEMENT

Before the Court is Plaintiff's assented-to motion for approval of a Fair Labor Standards Act ("FLSA") collective action settlement and the pertinent materials filed with that motion. The Court finds that this settlement is fair and reasonable and was the result of bonafide, arms-length negotiations. The Court therefore ORDERS the parties to execute the terms of the Settlement Agreement as presented to the Court including:

1. A total payout from the Defendants in the amount of $185,000;

2. Attorney's fees and costs to Plaintiff's counsel in the amount of $125,000;

3. A service award to Plaintiff, Joseph Giguere, in the amount of $3,000;

4. Approval of Simpluris as settlement administrator;

5. Distribution of remaining money to members of the Collective according to the formula articulated in the parties' settlement agreement.

_____
Judge Mark G. Mastroianni
UNITED STATES DISTRICT COURT JUDGE

2/13/24